**Bryan DAVIS, Sr., Plaintiff–Appellant,**

v.

**CITY OF SAN DIEGO, Defendant,**

and

**Roger T. Benitez, Judge; et al., Defendants–Appellees.**

No. 08–56635.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 23, 2009.*

Filed March 9, 2009.

Bryan Davis, Sr., Soledad, CA, pro se.

U.S. Attorney CV, Esquire, Office of the U.S. Attorney, San Diego, CA, for Defendants–Appellees.

Before KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

## MEMORANDUM **

Upon review of the record, appellant's response to this court's October 30, 2008 order to show cause, and appellant's opening brief, this court hereby summarily affirms the district court's order dismissing appellant's complaint without leave to amend. *See United States v. Hooton*, 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.